USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/9/2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW LAWRENCE HOSKING and SIMON JAMES BONNEY, in their capacity as joint compulsory liquidators and duly authorized foreign representatives of HELLAS TELECOMMUNICATIONS (LUXEMBOURG) II SCA,<br><br>       Plaintiffs,<br><br>   -against-<br><br>TPG CAPITAL MANAGEMENT, L.P., f/k/a TPG CAPITAL, L.P., DAVID BONDERMAN, JAMES COULTER, TPG CAPITAL, LLP, f/k/a TEXAS PACIFIC GROUP EUROPE, LLP, APAX PARTNERS LLP, MARTIN HALUSA, APAX PARTNERS, L.P., APAX WW NOMINEES LTD., TPG ADVISORS IV, INC., TPG GENPAR IV, L.P., TPG PARTNERS IV, L.P., T3 ADVISORS II, INC., T3 GENPAR II, L.P., T3 PARTNERS II, L.P., T3 PARALLEL II, L.P., APAX PARTNERS EUROPE MANAGERS LTD., APAX EUROPE VI GP CO. LTD., APAX EUROPE VI GP, L.P., a/k/a APAX EUROPE VI GP L.P. INC., APAX EUROPE VI-A, L.P., APAX EUROPE VI-1, L.P., TCW/CRESCENT MEZZANINE PARTNERS III NETHERLANDS, L.P., a/k/a TCW/CRESCENT MEZZANINE PARTNERS NETHERLANDS III, L.P., TCW/CRESCENT MEZZANINE PARTNERS III, L.P., a/k/a TCW/CRESCENT MEZZANINE FUND III, L.P., TCW/CRESCENT MEZZANINE TRUST III, TCW/CRESCENT MEZZANINE III, LLC, TCW ASSET MANAGEMENT COMPANY, TCW GROUP INC., and DOES 1-25, on behalf of themselves and a class of similarly situated persons and legal entities,<br><br>   -and-<br><br>NIKESH ARORA and DEUTSCHE BANK AG,<br><br>       Defendants. | Civ. No. 14-1749 (VEC)<br><br><br><br><br><br><br><br><br><br><br>**ORDER**<br>**STAYING PROCEEDINGS** |

WHEREAS on March 13, 2014, Plaintiffs filed their complaint in the action captioned *Andrew Lawrence Hosking, et al. v. TPG Capital Management, L.P., f/k/a TPG Capital, L.P., et al.*, Adv. Pro. No. 14-01848-MG (Bankr. S.D.N.Y.) (the "Bankruptcy Court Action");

WHEREAS later that same date, March 13, 2014, Plaintiffs filed their complaint in the above-captioned action (the "District Court Action");

WHEREAS by letter filed on April 2, 2014, Plaintiffs requested that the District Court schedule any pre-motion conference necessary to grant Plaintiffs leave to file a motion seeking entry of an order staying the District Court Action pending the final disposition of all claims in the Bankruptcy Court Action;

WHEREAS by letters filed on April 7, 2014, certain Defendants advised the District Court that they opposed a stay of the District Court Action;

WHEREAS on April 8, 2014, the District Court issued an Order reserving judgment on whether to enter a stay and directed the parties to be prepared to discuss that issue at the initial pretrial conference scheduled for May 5, 2014;

WHEREAS on May 5, 2014, counsel for all parties appeared before the District Court for an initial pretrial conference and presented argument concerning whether a stay should be entered; and

WHEREAS during the May 5, 2014 initial pretrial conference, the District Court noted that the pending decision of the Supreme Court of the United States in *Executive Benefits Insurance Agency v. Arkison* could have an impact on the jurisdiction of the Bankruptcy Court, and stated that in such a circumstance the District Court would schedule a status conference in the District Court Action;

IT IS HEREBY ORDERED that:

1. All proceedings and deadlines in the District Court Action are stayed, and the referral to the Bankruptcy Court shall remain in place, pending further Order of the Court.

New York, New York
Dated: May 9, 2014

**IT IS SO ORDERED:**

By _____
**VALERIE E. CAPRONI**
**UNITED STATES DISTRICT JUDGE**