

1114 Avenue of the Americas, 23rd Floor
New York, New York  10036.7703 USA
P. 212.880.6000 | F. 212.682.0200

www.torys.com

William F. Gray
wgray@torys.com
P. 212.880.6336

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  3/17/2015

March 16, 2015

**VIA ELECTRONIC FILING**

The Honorable Valerie E. Caproni
United States District Judge
United States District Court, Southern District of New York
40 Foley Square
Courtroom 443
New York, New York 10007

**MEMO ENDORSED**

Dear Judge Caproni:

Re:   Hosking et al. v. TPG Capital Management, L.P., et al. [Civ. No. 14-1749]

Pursuant to your Individual Practices in Civil Cases (1)(E), we attach a copy of the Stipulation and Order Dismissing Defendant Nikesh Arora with prejudice. The parties have executed a settlement agreement and have agreed to dismiss this action.

Yours truly,

/s/ William F. Gray

WFG

Pursuant to Rule 5(A) of the Court's Individual Practices, the Court will not retain jurisdiction to enforce a confidential settlement agreement absent extraordinary circumstances. To the extent Plaintiffs and Defendant Arora wish for the Court to retain jurisdiction over their settlement, they should file their settlement agreement on the docket by April 7, 2015.

SO ORDERED.

/s/ Valerie Caproni

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Date: 3/17/2015

William F. Gray, Jr.
Email: wgray@torys.com
Alison D. Bauer
Email: abauer@torys.com
TORYS LLP
1114 Avenue of the Americas, 23rd Floor
New York, New York 10036
Tel: 212.880.6000
Fax: 212.682.0200

-and-

Michael A. Sherman
Email: masherman@stubbsalderton.com
STUBBS ALDERTON & MARKILES, LLP
15260 Ventura Blvd., 20th Floor
Sherman Oaks, CA 91403
Tel: 818.444.4528

*Attorneys for Defendant Nikesh Arora*

**UNITED STATES DISTRICT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANDREW LAWRENCE HOSKING and SIMON JAMES BONNEY, in their capacity as joint compulsory liquidators and duly authorized foreign representatives of HELLAS TELECOMMUNICATIONS (LUXEMBOURG) II S.C.A., <br><br> Plaintiffs, <br><br> -against- <br><br> TPG CAPITAL MANAGEMENT, L.P., *et al.*, <br><br> Defendants. | Civ. No. 14-1749 (VEC) |

**STIPULATION AND ORDER DISMISSING DEFENDANT NIKESH ARORA**
**WITH PREJUDICE**

This matter having come before the Court by stipulation of the parties, Andrew Lawrence Hosking and Bruce Mackay, in their capacity as Joint Compulsory Liquidators and duly authorized foreign representatives of Hellas Telecommunications (Luxembourg) II SCA (the "Plaintiffs"), and Nikesh Arora ("Arora").

IT IS HEREBY ORDERED that Joint Liquidators' claims and causes of action stated in the above-titled case against Arora are hereby dismissed with prejudice and without costs to any party.

This Court shall retain jurisdiction to the full extent permitted by law to determine any disputes concerning or relating to the settlement.

Dated:

Stipulated to by:

Howard Seife
Chadbourne & Parke LLP
1301 Avenue of the Americas
New York, NY 10019
Phone: (212) 408-5100
Fax: (212) 541-5369

*Attorneys for Plaintiffs as against all Defendants except Deutsche Bank AG and Nikesh Arora*

THE HONORABLE VALERIE E. CAPRONI
UNITED STATES DISTRICT JUDGE

William F. Gray, Jr.
Torys, LLP
1114 Avenue of the Americas, 23rd Floor
New York, NY 10036
Phone: (212) 880-6048
Fax: (212) 682-0200

*Attorneys for Defendant Nikesh Arora*

*/s/ Alan McDowell*

Alan McDowell
Wolf Haldenstein Adler Freeman & Herz LLP
270 Madison Avenue,
New York NY 10016
(212) 545-4600

*Attorneys for Plaintiffs as against
Deutsche Bank AG and Nikesh Arora*