**NORTON ROSE FULBRIGHT**

October 2, 2017

Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York, NY 10019-6022
United States

<u>BY ELECTRONIC FILING</u>

Tel +1 212 408 5100
Fax +1 212 541 5369
nortonrosefulbright.com

The Hon. Valerie E. Caproni, U.S.D.J.
United States District Court, S.D.N.Y.
40 Foley Square, Room 240
New York, New York 10007

Re:   *Andrew Lawrence Hosking, et al. v. TPG Capital Management, L.P.*
      *f/k/a TPG Capital, L.P., et al.*, Civ. No. 14-1749

Dear Judge Caproni:

  We represent Plaintiffs in the above-referenced action and in the adversary proceeding captioned *Andrew Lawrence Hosking, et al. v. TPG Capital Management, L.P., f/k/a TPG Capital, L.P., et al.*, Adv. Pro. No. 14-01848-MG (Bankr. S.D.N.Y.) (the "Bankruptcy Action"). This Court has stayed all proceedings herein in favor of the Bankruptcy Action. (Dkt. No. 35.) On March 2, 2015, this Court ordered the parties to submit every six months a joint status letter concerning the Bankruptcy Action. (Dkt. No. 41.) We write jointly on behalf of Plaintiffs and Defendants to advise Your Honor that there have been no material developments in the Bankruptcy Action since April 3, 2017, when the parties submitted the fifth such joint status letter. (Dkt. No. 53.)

  The Bankruptcy Action remains stayed pursuant to the Bankruptcy Court's order granting Defendants' *forum non conveniens* motion and staying the Bankruptcy Action on certain conditions, entered on August 22, 2016. (Bankr. Dkt. No. 328.) The parties will submit a further joint status letter to this Court in six months or as otherwise directed by the Court. We can be available at the Court's convenience should Your Honor have any questions.

                Respectfully yours,

                */s/ Marc D. Ashley*
                Marc D. Ashley
                NORTON ROSE FULBRIGHT US LLP
                *Attorneys for Plaintiffs as against all*
                *Defendants except Deutsche Bank AG*

                */s/ Alan A.B. McDowell*
                Alan A.B. McDowell
                SCHWARTZ SLADKUS REICH
                GREENBERG ATLAS LLP
                *Attorneys for Plaintiffs as against*
                *Defendant Deutsche Bank AG*

cc:  Counsel for all Defendants (by electronic filing)

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.