UNITED STATES DISRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL DAVID ALLEN and GEOFF PAUL ROWLEY, in their capacity as Joint Liquidators of Hellas Telecommunications (Luxembourg),

        Plaintiffs,

 -against-

TPG CAPITAL MANAGEMENT, L.P., et al.,

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/17/2020

Civil No. 14-01749 (VEC)

# NOTICE OF MOTION TO SUBSTITUTE PLAINTIFFS

**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
Oren J. Warshavsky
Tatiana Markel

*Attorneys for Kevin Hellard and Mike Saville in their capacity as Joint Liquidators of Hellas Telecommunications (Luxembourg) II SCA*

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, the Declaration of Oren J. Warshavsky, Esq., and exhibits thereto, Kevin Hellard and Mike Saville, in their capacity as Joint Liquidators of Hellas Telecommunications (Luxembourg) II SCA ("Joint Liquidators"), will move this Court, located at 40 Foley Square, New York, New York, 10007, Courtroom 443, on a date and time to be determined by the Court, for an order granting the Joint Liquidators' motion under Federal Rule of Civil Procedure 25 to substitute the Joint Liquidators as plaintiffs in this action.

Dated: New York, New York
November 2, 2020

BAKER & HOSTETLER LLP

By: *s/ Oren J. Warshavsky*
Oren J. Warshavsky
Tatiana Markel
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Kevin Hellard and Mike Saville in their capacity as Joint Liquidators of Hellas Telecommunications (Luxembourg) II SCA*

cc: All Counsel of Record (via ECF)

---

Application GRANTED. The Clerk of Court is directed to substitute Joint Liquidators Kevin Hellard and Mike Saville for Plaintiffs Paul Allen and Goeffrey Rowley in this action.  This case will remain STAYED.  The parties must continue to submit status updates every six months, with the first update due by February 3, 2021.  The Clerk of Court is directed to close the open motion at docket entry 80.

SO ORDERED.

*[signature: Valerie Caproni]*

11/17/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE