**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/4/2022

# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

August 3, 2022

Tatiana Markel
direct dial: 212.589.4615
tmarkel@bakerlaw.com

**VIA ECF**

Hon. Valerie E. Caproni
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Hosking v. TPG Capital Management, L.P. et al*
      *2:14-cv-01749-VEC*

Dear Judge Caproni:

This firm represents the plaintiffs Kevin Hellard and Mike Saville, in their capacity as joint liquidators of Hellas Telecommunications (Luxembourg) II SCA (the "Joint Liquidators"). On May 9, 2014, this action was stayed in favor of a similarly styled adversary proceeding in the Bankruptcy Court for the Southern District of New York, No. 14-01848-MG ("Bankruptcy Action"). (ECF No. 35.)

While the Bankruptcy Action remains stayed, the Joint Liquidators are in the process of negotiating a stipulation of dismissal with the defendants which should be filed imminently. The Joint Liquidators do not believe that any reason remains to keep this matter open.

Respectfully submitted,

*/s/ Tatiana Markel*

Tatiana Markel

Cc: All Counsel of Record (via ECF)

IT IS HEREBY ORDERED that all previously scheduled conferences and other deadlines are CANCELLED.

IT IS FURTHER ORDERED that this case is DISMISSED with prejudice and without costs (including attorneys' fees) to either party. The Clerk of Court is respectfully directed to terminate all open motions and to CLOSE the case.

SO ORDERED.

Date: 8/4/2022

*Valerie Caproni*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE